IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FRANK STUART, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 117-107 |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiffs' motion for attorneys' fees and costs. (Doc. 19.) Defendant failed to file a response, and the Court held a hearing on this matter on November 27, 2018. Upon due consideration, the Court **GRANTS** Plaintiffs' request for attorneys' fees in the amount of $47,240.00 and **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' request for costs. (Doc. 19.) Plaintiffs' attorneys may only recover costs available under 28 U.S.C. § 1920. Accordingly, the Court **GRANTS** Plaintiffs' request for costs in the amount of $616.40 but **DENIES** the request for costs above that amount.[1]

The Court **HEREBY ORDERS** Defendant to pay $47,240.00 in attorneys' fees and $616.40 in costs. There being no unresolved

---

[1] From the requested $2,237.80, the Court deducted $1,608.54 (Doc. 19-1, at 4) and $12.86 (Doc. 19-1, at 22) as costs not recoverable under 28 U.S.C. § 1920.

matters in the above-captioned case, the Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA